UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANGELA PIPES,**

      Plaintiff,                        Case No.: 6:18-cv-01328-PGB-GJK

v.

**ACE & W INVESTMENT, LLC d/b/a
MANNY'S ORIGINAL CHOPHOUSE
OF KISSIMMEE,**

      Defendant.
_____/

## JOINT REPORT REGARDING SETTLEMENT

    COME NOW the Parties, by and through their undersigned counsel, and hereby notify the court pursuant to Paragraph 5 of its FLSA Scheduling Order (Doc. 14) that the Parties have exhausted all settlement efforts and will immediately file a Case Management Report.

    I HEREBY CERTIFY that on this same date, a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system.

    Respectfully submitted this 17th day of January, 2019.

| | |
|---|---|
| /s/ Christopher J. Saba | */s/ Melissa G. Mince* |
| **CHRISTOPHER J. SABA** | **MELISSA G. MINCE** |
| Florida Bar Number: 0092016 | Florida Bar No. 564230 |
| **WENZEL FENTON CABASSA, P.A.** | 13577 Feather Sound Drive, Suite 500 |
| 1110 North Florida Avenue, Suite 300 | Clearwater, Florida 33762 |
| Tampa, Florida 33602 | Telephone: 727-329-1999 |
| Main Number: 813-224-0431 | E-Mail: mmince@floridalawpartners.com |
| Direct Dial: 813-223-6413 | E-Mail: eserve@floridalawpartners.com |
| Facsimile: 813-229-8712 | *Attorneys for Defendant* |
| E-Mail: csaba@wfclaw.com | |
| E-Mail: tsoriano@wfclaw.com | |
| *Attorneys for Plaintiff* | |