**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANGELA PIPES,

        Plaintiff,

v.                                  Case No:  6:18-cv-1328-Orl-40GJK

ACE & W INVESTMENT, LLC,

        Defendant.

_____/

## <u>ORDER</u>

This cause is before the Court on the parties' Joint Motion for Approval of Settlement, Dismissal of this Matter (Doc. 31) filed on February 19, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter and noting that a Joint Notice of No Objection (Doc. 35) was filed on February 22, 2019, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed February 22, 2019 (Doc. 34), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Joint Motion for Approval of Settlement, Dismissal of this Matter (Doc. 31) is **GRANTED**.

3.     This matter is **DISMISSED with prejudice**.

4.     The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 25, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties